1  JACQUELINE V. NICHOLS, ESQ.
   Nevada Bar No. 14246
2  **GORDON REES SCULLY MANSUKHANI, LLP**
   300 S. 4th Street, Suite 1550
3  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
4  Direct: (702) 577-9302
   Facsimile: (702) 255-2858
5  E-Mail: jnichols@grsm.com

6  *Attorneys for Defendants Clark County School District*
   *and Dr. Brenda Larsen-Mitchell*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| L.W., by and through his Parent and Next Friend, C.W. and C.W., individually; | Case No.: 2:24-cv-01800-GMN-DJA |
| T.L., by and through his Parent and Next Friend, I.L., and I.L., individually; | |
| C.R., by and through his Parent and Next Friend, M.R., and M.R., individually; | **JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |
| C.L., by and through his Parent and Next Friend, H.L., and H.L., individually; | **(FIRST REQUEST)** |
| F.U. and G.U., by and through their Parent and Next Friend, A.W. and A.W., individually; | |
| H.P., by and through her Parent and Next Friend, L.P. and L.P., individually; | |
| K.S. and M.S., by and through their Parent and Next Friend, A.S. and A.S., individually; | |
| L.B. and E.T., by and through their Parent and Next Friend, A.B. and A.B., individually; | |
| Z.A., by and through her Parent and Next Friend, A.A. and A.A., individually, | |
| and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| vs. | |
| NEVADA DEPARTMENT OF EDUCATION; | |
| JHONE M. EBERT, in her official capacity as Superintendent of Public Instruction of the Nevada Department of Education; | |

-1-

CLARK COUNTY SCHOOL DISTRICT; and

DR. BRENDA LARSEN-MITCHELL, in her official capacity as Interim Superintendent of Clark County School District,

                    Defendants.

Defendants **Clark County School District and Dr. Brenda Larsen-Mitchell** in this matter, through their respective undersigned counsel, hereby request an extension of (14) days to respond to the Complaint. This is the first request for an extension.

1. Plaintiffs filed their Complaint on September 25, 2024.

2. Plaintiffs served the Complaint on Defendants Clark County School District and Brenda-Larsen Mitchell (collectively CCSD Defendants) on October 1, 2024, rendering CCSD Defendants responsive pleading due October 22, 2024.

3. Due to a scheduled surgery of CCSD Defendants' counsel, along with the length and complexity of the Complaint, the parties have agreed to extend CCSD Defendants response deadline by fourteen (14) days.

4. This stipulation is made in good faith and not for purposes of delay.

DATED this 22nd day of October, 2024.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Jackie Nichols*
JACQUELINE V. NICHOLS, ESQ.
Nevada Bar No. 14246
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
E-Mail: jnichols@grsm.com

*Attorneys for Defendants Clark County School District and Dr. Brenda Larsen-Mitchell*

Case No.: 2:24-cv-01800-GMN-DJA
Joint Stipulation And Order To Extend Time To File Responsive Pleading To Complaint
(First Request)

DATED this 22nd day of October, 2024

ROGICH LAW FIRM, PLLC

*/s/ Lori C. Rogich*
Lori C. Rogich, Esquire
Nevada State Bar No. 12272
11920 Southern Highlands Parkway, Suite 301
Las Vegas, Nevada 89141
702.279.2491
lori@rogichlawfirm.com

**IT IS ORDERED** that the Stipulation is **GRANTED.**

Dated this __23__ day of October, 2024.

_____
U.S. DISTRICT COURT JUDGE

-3-