Lori C. Rogich, Esquire
Nevada State Bar No. 12272
ROGICH LAW FIRM, PLLC
11920 Southern Highlands Parkway, Suite 301
Las Vegas, Nevada 89141
702.279.2491
lori@rogichlawfirm.com

Hillary D. Freeman, Esquire*
NJ ID No. 002362006
PA ID No. 200109
FREEMAN LAW OFFICES, LLC
100 Canal Pointe Blvd, Suite 121
Princeton, New Jersey 08540
609.454.5609
hillary@freemanlawoffices.com

Judith A. Gran, Esquire*
PA ID No. 41034
Catherine Merino Reisman, Esquire*
PA ID No. 57473
NJ ID No. 035792000
NY ID No. 5640172
REISMAN CAROLLA GRAN & ZUBA LLP
19 Chestnut Street
Haddonfield, New Jersey 08033
856.354.0071
catherine@rcglawoffices.com

Jeffrey I. Wasserman, Esquire*
NJ ID No. 037051999
NY ID No. 3046448
Gregory G. Little, Esquire*
NY ID No. 4288544
WASSERMAN LITTLE LLC
1200 Route 22 East, Suite 200, #2238
Bridgewater, New Jersey 08807
973.486.4801
jwasserman@wassermanlittle.com
glittle@wassermanlittle.com

*Admitted pro hac vice

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| L.W., by and through his Parent and Next Friend, C.W. and C.W., individually; | |
| T.L., by and through his Parent and Next Friend, I.L., and I.L., individually; | |
| C.R., by and through his Parent and Next Friend, M.R., and M.R., individually; | **CIVIL ACTION NO.** |
| C.L., by and through his Parent and Next Friend, H.L., and H.L., individually; | **2:24-cv-01800-GMN-DJA** |
| F.U. and G.U., by and through their Parent and Next Friend, A.W. and A.W., individually; | |
| H.P., by and through her Parent and Next Friend, L.P. and L.P., individually; | |
| K.S., by and through her Parent and Next Friend, A.S. and A.S., individually; | **JOINT STIPULATION AND ORDER TO EXTEND TIME** |
| L.B. and E.T., by and through their Parent and Next Friend, A.B. and A.B., individually; | |
| R.R., by and through his Parent and Next Friend, D.R. and D.R., individually; | |
| Z.A., by and through her Parent and Next Friend, A.A. and A.A., individually, | |
| and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| NEVADA DEPARTMENT OF EDUCATION; | |
| JHONE M. EBERT, in her official capacity as Superintendent of Public Instruction of the Nevada Department of Education; | |
| CLARK COUNTY SCHOOL DISTRICT; and | |
| DR. BRENDA LARSEN-MITCHELL, in her official capacity as Interim Superintendent of Clark County School District, | |
| Defendants. | |

2

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiffs and for Defendants Clark County School District and Dr. Brenda Larsen-Mitchell, in her official capacity as Interim Superintendent of Clark County School District (the "CCSD Defendants"), as follows:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action as against Defendant Dr. Brenda Larsen-Mitchell, in her official capacity as Interim Superintendent of Clark County School District, without prejudice.

2. Plaintiffs shall file their First Amended Complaint adding additional named plaintiffs on or before December 10, 2024.

3. The motion to dismiss [Document No. 24] and the motion for a more definite statement [Document No. 25] filed by the CCSD Defendants shall be adjourned to December 11, 2024, and shall be deemed withdrawn, without prejudice, upon the filing of Plaintiffs' First Amended Complaint.

4. The CCSD Defendants shall file their response to the First Amended Complaint on or before 21 days after the filing of Plaintiffs' First Amended Complaint. CCSD Defendants do not waive any arguments related to the First Amended Complaint.

Dated: Las Vegas, Nevada
November 19, 2024

| **Attorney for Plaintiffs** | **Attorney for CCSD Defendants** |
|---|---|
| ROGICH LAW FIRM, PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
| *s/ Lori C. Rogich* | *s/ Jacqueline Victoria Nichols* |
| Lori C. Rogich, Esquire | Jacqueline Victoria Nichols, Esquire |
| Nevada State Bar No. 12272 | Nevada Bar No. 14246 |
| 11920 Southern Highlands Parkway, Suite 301 | 300 South Fourth Street |
| Las Vegas, Nevada 89141 | Las Vegas, Nevada 89101 |
| 702.279.2491 | 702.577.9300 |
| lori@rogichlawfirm.com | jnichols@grsm.com |

**IT IS ORDERED** that the Stipulation is **GRANTED**

Dated this __21__ day of November, 2024

_____
Gloria M. Navarro, USDJ