Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
Jacqueline V. Nichols, Esq.
Nevada Bar No. 14246
*jnichols@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
　GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:  (702) 938-3838
Facsimile:   (702) 938-3864
*Attorneys for Defendant,*
*Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| L.W., by and through his Parent and Next Friend, C.W. and C.W., individually; | Case No.:    2:24-cv-01800-GMN-DJA |
| T.L., by and through his Parent and Next Friend, I.L., and I.L., individually; | **STIPULATION [AND ~~PROPOSED~~ ORDER] TO EXTEND BRIEFING SCHEDULE** |
| C.R., by and through his Parent and Next Friend, M.R., and M.R., individually; | |
| C.L., by and through his Parent and Next Friend, H.L., and H.L., individually; | |
| F.U. and G.U., by and through their Parent and Next Friend, A.W. and A.W., individually; | |
| H.P., by through her Parent and Next Friend, L.P. and L.P., individually; | |
| K.S. and M.S., by and through their Parent and Next Friend, A.S. and A.S., individually; | |
| L.B. and E.T., by and through ther Parent and Next Friend, A.B. and A.B., individually, | |
| Z.A., by through her Prent and Next Friend, A.A.and A.A., individually | |
| And on behalf of all others similarly situated, and | |
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES | |
| Plaintiff, | |
| vs. | |
| NEVADA DEPARTMENT OF EDUCATION | |

1 JHONE M. EBERT, in her official capacity as Superintendent of Public Instruction of the
2 Nevada Department of Education; and
3 CLARK COUNTY SCHOOL DISTRICT,
4         Defendants.

6     Defendant, Clark County School District ("CCSD") by and through its counsel of record,
7 Phillip N. Smith, Jr., Esq., and Jacqueline V. Nicols, Esq., of the law firm of Weinberg, Wheeler,
8 Hudgins, Gunn & Dial, LLC., and hereby requests an extension of time to respond to Plaintiff's
9 Motion to Compel [ECF 75] and Motion for Sanctions [ECF 76] and states in support of this
10 request:

11     1.    Plaintiffs do not oppose CCSD's request that their Response to Plaintiff's Motion
12 to Compel [ECF 75] and Motion for Sanctions [ECF 76] be extended one week, from June 24,
13 2025, to July 1, 2025 and stipulate to the entry of this Order.

14     2.    The extension is necessary due to counsel for CCSD, Ms. Jackie V. Nichols, Esq.,
15 being out of town and having limited access to the internet, interfering with her ability to finalize
16 the response to the above-mentioned motions.

17     3.    Furthermore, due to the interference stated above, the client, CCSD, has not had an
18 opportunity to review the finalized responses.

19     4.    This is the first request for an extension of this deadline.

20     5.    The instant stipulation is being offered in good faith and not for the purpose of
21 delay.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /

IT IS SO STIPULATED.

Dated this 26th day of June, 2025.

*/s/ Jacqueline V. Nichols*
Phillip N. Smith, Jr., Esq.
Jacqueline V. Nichols, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Clark County School District*

Dated this 26th day of June, 2025.

*/s/ Gregory G. Little*
Jeffrey I. Wasserman, Esq,
Gregory G. Little, Esq.
Wasserman Little, LLC
1200 Route 22 East, Suite 200 # 2238
Bridgewater, NJ 08807

Lori C. Rogich, Esq.
Rogich Law Firm, PLLC
11920 Southern Highlands Parkway, Suite 301
Las Vegas, NV 89141

Courtney McCandless, Esq,
Simmons Freeman, LLC
2625 South Town Center Drive, # 150
Las Vegas, Nevada 89135

Judith A. Gran, Esq.
Catherine Merino Reisman, Esq.
Reisman Carola Gran & Zuba, LLP
19 Chestnut Street
Haddonfield, NJ 08033

Hillary D. Freeman, Esq.
Freeman Law Offices, LLC
100 Canal Pointe Blvd. Suite 121
Princeton, NJ 08540

*Attorneys for Plaintiff*

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6/27/2025