Lori C. Rogich
Nevada State Bar No. 12272
ROGICH LAW FIRM, PLLC
6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
702.279.2491
lori@rogichlawfirm.com

Courtney McCandless
Nevada State Bar No. 13722
SIMMONS FREEMAN LLC
3625 S. Town Center Drive, Suite 150
Las Vegas, Nevada 89135
702.846.4689
cmccandless@nvtrustlawyers.com

Hillary D. Freeman*
NJ ID No. 002362006
PA ID No. 200109
FREEMAN LAW OFFICES, LLC
100 Canal Pointe Blvd, Suite 121
Princeton, New Jersey 08540
609.454.5609
hillary@freemanlawoffices.com

Attorneys for Plaintiffs

Judith A. Gran*
PA ID No. 41034
Catherine Merino Reisman*
PA ID No. 57473
NJ ID No. 035792000
NY ID No. 5640172
REISMAN GRAN ZUBA LLP
923 Haddonfield Road, Suite 300
Cherry Hill, New Jersey 08002
856.354.0021
catherine@rgz.law
judith@rgz.law

Jeffrey I. Wasserman*
NJ ID No. 037051999
NY ID No. 3046448
Gregory G. Little*
NY ID No. 4288544
WASSERMAN LITTLE LLC
1200 Route 22 East, Suite 200, #2238
Bridgewater, New Jersey 08807
973.486.4801
jwasserman@wassermanlittle.com
glittle@wassermanlittle.com

*Admitted pro hac vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| L.W., by and through his Parent and Next Friend, C.W. and C.W., individually, *et al.,* | Case No.: 2:24-cv-01800-GMN-DJA |
| Plaintiffs, | |
| v. | |
| NEVADA DEPARTMENT OF EDUCATION; | **PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER (THIRD REQUEST)** |
| DR. STEVEN CANAVERO, in his official capacity as Interim Superintendent of Public Instruction of the Nevada Department of Education; and | |
| CLARK COUNTY SCHOOL DISTRICT, | |
| Defendants. | |

1

Plaintiffs, by and through their undersigned counsel, hereby submit this motion to amend the due date for submission of the Joint Pre-Trial Order set forth in the Discovery Plan and Scheduling Order approved by the Court. ECF No. [73], as amended by ECF No. [104]. This Motion is made and based upon the papers and pleadings on file herein, the attached Memorandum of Legal Points and Authorities, and any arguments made by counsel at the time of hearing.

### DECLARATION OF HILLARY D. FREEMAN
### IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER

I, Hillary D. Freeman, hereby declare as follows:

1.   I am an attorney licensed to practice law in New Jersey and Pennsylvania and admitted *pro hac vice* as counsel for Plaintiffs in this matter.

2.   I respectfully submit this declaration in support of Plaintiffs' Motion to Amend Scheduling Order (Third Request). I have personal knowledge of the contents of this declaration and, if called to testify, I would and could competently testify to these facts.

3.   On September 12, 2025, the Court approved a Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request). ECF No. [104].

4.   That Stipulation and Order, agreed to by all parties, provided for a unilateral extension of the discovery deadline *for Plaintiffs only* to October 15, 2025. Significantly, in that Stipulation, Clark County School District (CCSD) expressly acknowledged that its document production was not complete. ECF No. [104] at 3.

5.   The purpose of the unilateral extension was to allow Plaintiffs to finish depositions after receiving a complete production.

6.   The Stipulation extended no other deadlines and contemplated that CCSD would complete its production promptly.

2

7.  Despite acknowledging that its production was incomplete, CCSD has produced no additional documents since September 12, 2025. It also has not produced its witnesses for depositions.

8.  On October 9, 2025, prior to the close of discovery for Plaintiffs, as extended by the Stipulation and Order, Plaintiffs sought relief from this Court for CCSD's discovery violations. ECF No. [111]. That motion is still pending. As the Court is aware, that motion derives from CCSD's repeated failure and refusal to participate in discovery.

9.  Meanwhile, Nevada Department of Education (NDE) needed additional time to produce documents to Plaintiffs, and NDE and Plaintiffs agreed to a November 15, 2025 deadline to do so. Plaintiffs informed CCSD that "We have spoken with Kyle [NDE's counsel] and he has agreed to extend the discovery cutoff with the same terms and conditions as set forth in the stipulation we previously filed with the Court. The extension would run from October 15, 2025 until the Court rules on our motion filed on October 9 and then the parties would continue consistent with the Court's order. Please advise if you consent to the extension." Exhibit 1. CCSD did not respond (thereby engaging in the same behavior highlighted throughout the Motion for Sanctions, ECF No. [111]).

10. Following a meet and confer with NDE, Plaintiffs and NDE agreed to the terms of a stipulation, which Plaintiffs sent to CCSD for review, comments and signature. CCSD provided "minor edits" on October 16, 2025, which Plaintiffs returned to CCSD with a "slight edit," and saying "let us know if it works for you, we'll get Kyle's [NDE's counsel's] ok and then file." Exhibit 2, 3. CCSD never responded.

11. On October 17, 2025, Plaintiffs sent a follow-up email to CCSD. CCSD never responded. The Parties thus did not file the proposed Stipulation.

12. Neither CCSD nor NDE sought relief from any deadline in the Stipulation and Order. Neither CCSD nor NDE moved to extend discovery for Defendants at any time, or the deadline for filing dispositive motions.

13. The deadline for submission of dispositive motions passed on November 14, 2025.

14. Given the fact that Plaintiffs sought timely relief prior to the close of discovery (ECF No. [111]), Plaintiffs' discovery is not yet completed. It is therefore impossible to complete a Joint Pre-Trial Order as required by the Rules. The Joint Pre-Trial Order was due on December 15, 2025.

15. On December 4, 2025, we reached out to CCSD and NDE about preparing the Joint Pre-Trial Order. Exhibit 4 a 9. CCSD did not respond.

16. Nonetheless, Plaintiffs and NDE met by Zoom on December 8, 2025 to discuss the Joint Pre-Trial Order. We promptly agreed that, given the pending Motion for Sanctions and CCSD's remaining discovery, it would be impossible to prepare a Joint Pre-Trial Order. Accordingly, we decided to stipulate to extend the December 15, 2025 deadline for filing a Joint Pre-Trial Order.

17. On that same day, December 8, 2025, Plaintiffs prepared and forwarded a draft stipulation to NDE and CCSD. CCSD responded on December 10, 2025, stating that counsel was traveling for a Supreme Court argument, but indicating that CCSD is "open to a stipulation regarding the deadline" and would send redline changes by 3 p.m. that day. CCSD did not do so. Exhibit 4 at 3-4.

18. On December 11, 2025, Plaintiffs followed up with CCSD and NDE about the draft stipulation. NDE responded with a linguistic edit, and a request to extend the dispositive motion deadline. Exhibit 4 at 2-3.

19. Plaintiffs thus followed up with CCSD yet again:

You emailed yesterday that you would have your comments to us by 3pm/6pm yesterday. We did not receive them. Hillary followed up this morning, but yet another day has passed.

We do not intend to follow up with you about it again. If we do not have your comments, we will proceed tomorrow as we deem reasonable and appropriate.

There is no reason why everything has to be this difficult.

Exhibit 4 at 1.

20. On December 12, 2025, CCSD finally responded with comments. The parties had back-and-forth emails about the substance of the stipulation, and proceeded to convene a Zoom conference to discuss it. The parties broke, and then resumed a second Zoom conference. CCSD and NDE refused to stipulate to extend the deadline for the Joint Pre-Trial Order unless the parties also stipulated to extend the already-passed deadline for dispositive motions. Given the impending deadline for the Joint Pre-Trial Order, Plaintiffs agreed to request an extension for the deadline for dispositive motion in the proposed Stipulation, filed on December 15, 2025, the day the Joint Pre-Trial Order was due. ECF No. [130].

21. The Court did not approve the proposed Stipulation for two reasons. ECF No. [130]. First, the parties had not shown excusable neglect to re-open the discovery deadline and the parties had not shown excusable neglect to re-open the dispositive motion deadline. Second, the stipulation did not provide a date certain for submission of the Pre-Trial Order, which the parties had done to avoid having to return to the Court if another stipulation was necessary. The Court recognized that effort and directed "the parties must provide concrete deadlines which they may then seek to extend if necessary." *Id*.

22. On December 18, 2025, we reached out to counsel for CCSD and NDE requesting a meet and confer to discuss an amended Stipulation. We highlighted that the options we saw were (1) a simplified stipulation along the lines that Plaintiffs originally proposed; or (2) Plaintiffs moving to extend the Joint Pre-Trial Order date. Exhibit 5 at 3.

23. On December 19, 2025, we again reached out to CCSD and NDE. Counsel for CCSD was not available until December 23, 2025 between 9:00 a.m. and 12:00 p.m. PST. Counsel for NDE stated that he would be on vacation, but confirmed that he would have someone attend. Exhibit 5 at 1-2.

24. We scheduled a Zoom call for 9:30 a.m. PST on December 23, 2025. Exhibit 6 at 3.

25. On December 23, 2025, we convened the Zoom call for the meet and confer. Despite previously confirming attendance, neither CCSD nor NDE appeared. We emailed them to remind them about the call. No response. Finally, after waiting fifteen minutes for counsel to appear, we terminated the Zoom, which we informed them by email. Defendants have never responded. Exhibit 6 at 1.

26. In light of Defendants failure to attend the scheduled meet and confer and their complete lack of response after the holiday break, we are filing this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2026         */s/ Hillary D. Freeman*
                                     Hillary D. Freeman

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs seek to extend the deadline for submission of the Joint Pre-Trial Order to April 30, 2025. Plaintiffs filed a timely motion seeking additional discovery, before the close of their extended discovery period, in the Motion for Sanctions, ECF No. [111]. If the Court grants Plaintiffs' request, they will need time to complete the discovery before filing the Joint Pre-Trial Order.

After discussing with NDE the difficulty of preparing a Joint Pre-Trial Order while the Motion for Sanctions remains pending, Plaintiffs timely sought to extend the deadline for submission of the Joint Pre-Trial Order. *Freeman Decl.* ¶ 15 & Ex. 4 at 9. The initial Stipulation to extend the deadline was filed on the date that the Joint Pre-Trial Order would have been due because of delays in the meet and confer process due to the schedule of counsel for CCSD. *Id.* ¶¶ 16-20.

After the Court declined to approve the initial Stipulation, counsel acted promptly to convene a meet and confer to propose a revised Stipulation. *Id.* ¶ 22. Although they indicated their availability on December 23, 2025, Defendants' counsel did not attend the scheduled meet and confer and have not responded, even after being given time due to the holiday break. *Id.* ¶ 25.

Plaintiffs have shown both good cause and excusable neglect warranting approval of an extension of time for filing the Joint Pre-Trial Order. *See Goodwin v. AT&T,* No. 2:23-cv-01950-GMN-DJA, 2025 U.S. Dist. LEXIS 232477, at *2 (D. Nev. Nov. 25, 2025). They reached out to Defendants in a timely manner to meet and confer and are filing this motion only after the meet and confer process failed due to Defendants' failure to cooperate.

Based on the foregoing, Plaintiffs request that the Court extend the date for submission of the Joint Pre-Trial Order to April 30, 2025.

Dated: January 8, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Hillary D. Freeman* | Catherine Merino Reisman, Esquire* |
| Hillary D. Freeman, Esquire* | PA ID No. 57473 |
| NJ ID No. 002362006 | NJ ID No. 035792000 |
| PA ID No. 200109 | NY ID No. 5640172 |
| FREEMAN LAW OFFICES, LLC | Judith A. Gran, Esquire* |
| 100 Canal Pointe Blvd, Suite 121 | PA ID No. 41034 |
| Princeton, New Jersey 08540 | REISMAN GRAN ZUBA LLP |
| 609.454.5609 | 923 Haddonfield Road, Suite 300 |
| hillary@freemanlawoffices.com | Cherry Hill, New Jersey 08002 |
| | 856.354.0021 |
| Lori C. Rogich, Esquire | catherine@rgz.law |
| Nevada State Bar No. 12272 | judith@rgz.law |
| ROGICH LAW FIRM, PLLC | |
| 6070 S. Eastern Avenue, Suite 270 | |
| Las Vegas, Nevada 89119 | |
| 702.279.2491 | Jeffrey I. Wasserman, Esquire* |
| lori@rogichlawfirm.com | NJ ID No. 037051999 |
| | NY ID No. 3046448 |
| Courtney McCandless | Gregory G. Little, Esquire* |
| Nevada State Bar No. 13722 | NY ID No. 4288544 |
| Simmons Freeman LLC | WASSERMAN LITTLE LLC |
| 3625 S. Town Center Drive, Suite 150 | 1200 Route 22 East, Suite 200, #2238 |
| Las Vegas, Nevada 89135 | Bridgewater, New Jersey 08807 |
| 702.846.4689 | 973.486.4801 |
| cmccandless@nvtrustlawyers.com | jwasserman@wassermanlittle.com |
| | glittle@wassermanlittle.com |

*Admitted pro hac vice*

Attorneys for Plaintiffs

*Exhibit 1*

**From:** Greg Little <glittle@wassermanlittle.com>
**Sent:** Tuesday, October 14, 2025 6:47 PM
**To:** Nichols, Jackie V. <jnichols@wwhgd.com>
**Cc:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Catherine Merino Reisman
<catherine@rgz.law>; Lori Rogich <Lori@rogichlawfirm.com>; Courtney McCandless
<cmccandless@nvtrustlawyers.com>; Durazzo, Angelina M. <adurazzo@wwhgd.com>; Bonney, Audra R.
<ABonney@wwhgd.com>; Hillary Freeman <Hillary@freemanlawoffices.com>; Kyle J. Hoyt
<khoyt@ag.nv.gov>
**Subject:** Re: CW et. al. v. CCSD and NDE - Deposition schedule

Jackie,
Please advise us of the availability of Brenda Larsen-Mitchell for her deposition.
Meanwhile we are still waiting for you to provide witnesses for the remaining 30(b)(6)
topics

We have spoken with Kyle and he has agreed to extend the discovery cutoff with the
same terms and conditions as set forth in the stipulation we previously filed with the
Court. The extension would run <u>from October 15, 2025</u> until the Court rules on our
motion filed on October 9 and then the parties would continue consistent with the
Court's order. Please advise if you consent to the extension. Otherwise, we will file a
motion tomorrow, with the consent of NDE, seeking Court approval of the extension.


Sincerely,

Greg


Gregory G. Little
Wasserman Little LLC
171 Madison Avenue | Suite 305
New York, New York 10016
917.664.4010

*Exhibit 2*

**Subject:**    2025.10.15 discovery stipulation v.2 (JVN Edits) 4911-2643-0323 v.1
**Date:**    Thursday, October 16, 2025 at 12:47:42 PM Eastern Daylight Time
**From:**    Jeffrey I. Wasserman
**To:**    Nichols, Jackie V.
**CC:**    Greg Little

**Attachments:** 2025.10.15 discovery stipulation v.2 (JVN Edits) 4911-2643-0323 v.1.docx

Jackie – Sending the stipulation back with a slight edit to yours on pages 3-4.  Let us know if it works for you, we'll get Kyle's ok and then file.  Thanks.

Jeffrey I. Wasserman
**W**asserman **L**ittle LLC
1200 Route 22 East | Suite 2000, # 2238 | Bridgewater, New Jersey  08807
171 Madison Avenue | Suite 305 | New York, New York 10016
**t**: (973) 486-4801 | jwasserman@wassermanlittle.com | wassermanlittle.com | **f**: (844) 486-4801

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.

*Exhibit 3*

**From:** Nichols, Jackie V. <jnichols@wwhgd.com>
**Sent:** Thursday, October 16, 2025 9:36:32 AM
**To:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>
**Cc:** Greg Little <glittle@wassermanlittle.com>
**Subject:** RE: CCSD/NDE

Jeff,

Attached are minor edits.

**From:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>
**Sent:** Wednesday, October 15, 2025 5:14 PM
**To:** Nichols, Jackie V. <jnichols@wwhgd.com>
**Cc:** Greg Little <glittle@wassermanlittle.com>
**Subject:** RE: CCSD/NDE

**This Message originated outside your organization.**

Jackie: Let me know if you can open these.  Thanks.

**From:** Nichols, Jackie V. <<u>jnichols@wwhgd.com</u>>
**Sent:** Wednesday, October 15, 2025 8:03 PM
**To:** Jeffrey I. Wasserman <<u>jwasserman@wassermanlittle.com</u>>
**Cc:** Greg Little <glittle@wassermanlittle.com>
**Subject:** Re: CCSD/NDE


Jeff,

I have no objection to extending discovery. However, I cannot open the word document. Can you please try re-sending.




Jackie Nichols
Attorney
6385 South Rainbow Blvd. | Suite 400 | Las Vegas, NV 89118
D: 702.938.3815 | F: 702.938.3864
<u>www.wwhgd.com</u> | <u>vCard</u>

---

**From:** Jeffrey I. Wasserman <<u>jwasserman@wassermanlittle.com</u>>
**Sent:** Wednesday, October 15, 2025 11:18:02 AM
**To:** Nichols, Jackie V. <<u>jnichols@wwhgd.com</u>>
**Cc:** Greg Little <<u>glittle@wassermanlittle.com</u>>
**Subject:** CCSD/NDE

---

**This Message originated outside your organization.**

---

Jackie,

Attached please find a second stipulation to extend discovery, together with a comparison against the previously-filed stipulation.  NDE already has signed off on the stipulation.

We would like to file today.  Many thanks.

Best regards,
Jeff

Jeffrey I. Wasserman
**W**asserman **L**ittle LLC
1200 Route 22 East | Suite 2000, # 2238 | Bridgewater, New Jersey  08807

171 Madison Avenue | Suite 305 | New York, New York 10016
**t**: (973) 486-4801 | jwasserman@wassermanlittle.com | wassermanlittle.com | **f**: (844) 486-4801

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

*Exhibit 4*

**Subject:**      Re: CW et. al. v. CCSD and NDE
**Date:**         Thursday, December 11, 2025 at 8:53:14 PM Eastern Standard Time
**From:**         Jeffrey I. Wasserman
**To:**           Kyle J. Hoyt, Hillary Freeman, Nichols, Jackie V., Greg Little
**CC:**           Catherine Merino Reisman, Lori Rogich, Courtney McCandless
**Category:**     Filed to Clio
**Attachments:** image001.jpg, image002.png

Jackie – You emailed yesterday that you would have your comments to us by 3pm/6pm yesterday.  We did not receive them.  Hillary followed up this morning, but yet another day has passed.

We do not intend to follow up with you about it again.  If we do not have your comments, we will proceed tomorrow as we deem reasonable and appropriate.

There is no reason why everything has to be this difficult.

Jeffrey I. Wasserman

**W**asserman **L**ittle LLC

1200 Route 22 East | Suite 2000, # 2238 | Bridgewater, New Jersey  08807

171 Madison Avenue | Suite 305 | New York, New York 10016

**t**: (973) 486-4801 | jwasserman@wassermanlittle.com | wassermanlittle.com | **f**: (844) 486-4801

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.

---

**From:** Kyle J. Hoyt <khoyt@ag.nv.gov>
**Sent:** Thursday, December 11, 2025 6:25:18 PM
**To:** Hillary Freeman <Hillary@freemanlawoffices.com>; Nichols, Jackie V. <jnichols@wwhgd.com>; Greg Little <glittle@wassermanlittle.com>
**Cc:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Catherine Merino Reisman <catherine@rgz.law>; Lori Rogich <Lori@rogichlawfirm.com>; Courtney McCandless <cmccandless@nvtrustlawyers.com>
**Subject:** RE: CW et. al. v. CCSD and NDE

Thank you for preparing this. I have two requested changes:

- On page 5 I would like to change the following paragraph as follows:
  - NDE supplemented its discovery productions during November 2025. Plaintiffs are in the process of reviewing the supplemental production. NDE has discussed the basis of a substantial majority of the privileges to counsel and will be providing a privilege log no later than December 17, 2025
    - *I am requesting the extension because I have not been able to complete*

*the log and do not think it will be complete by end of day tomorrow.*
*Barring unforeseen complications, I've tried to give a realistic deadline for*
*its completion.*

- For the dispositive motion deadline, I'd request it should be continued until 30 days after there is some resolution of the pending discovery items. In particular, NDE is relying on the deposition of C.W. to take place to ask questions that would be used in dispositive motions.

Please let me know if you would like to discuss further.

Thank you,
Kyle

Kyle Hoyt, Esq.
Sr. Deputy Attorney General, Complex Litigation
Office of the Nevada Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, NV 89119



*This electronic communication, including any attachment(s), may contain confidential information that is legally privileged. If you are not the intended recipient, any disclosure, distribution, or copying of the information contained herein is unauthorized and strictly prohibited. Should you receive this electronic communication in error, please notify the sender immediately, destroy all hard copies, and permanently delete all electronic copies from your computer(s).*

P BE GREEN. *Please don't print this email unless necessary.*

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Sent:** Thursday, December 11, 2025 8:10 AM
**To:** Nichols, Jackie V. <jnichols@wwhgd.com>; Greg Little <glittle@wassermanlittle.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Catherine Merino Reisman <catherine@rgz.law>; Lori Rogich <Lori@rogichlawfirm.com>; Courtney McCandless <cmccandless@nvtrustlawyers.com>
**Subject:** Re: CW et. al. v. CCSD and NDE

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Kyle and Jackie,

I hope you are both well.

We understood from our meeting with Kyle on Monday and Jackie's email from yesterday that you both agreed to extend the deadline for the Joint Pre-Trial Order. However, as of this writing, we have not received a response to the proposed Stipulation from either NDE or CCSD.

We would appreciate if you would please respond this morning so we can file the Stipulation in a timely fashion.  Thank you.


Hillary D. Freeman, Esq., Partner
(Pronouns: she/her/hers)
Freeman Law Offices, LLC
100 Canal Pointe Blvd., Suite 121
Princeton, New Jersey 08540
(609) 454-5609 (Ph)
(609) 228-6909 (Fax)
www.freemanlawoffices.com

This e-mail transmission and any accompanying documents contains information which may be confidential and privileged. The information contained in or accompanying this message is intended only for the use of the person to whom addressed. Any disclosure, copying, distribution, or taking of any action in reliance on or regarding this information is prohibited, unless specifically authorized by the sender. If you have received this message in error, please advise the sender by reply e-mail and destroy this e-mail and any attached documents. Thank you.

---

**From:** Nichols, Jackie V. <jnichols@wwhgd.com>
**Date:** Wednesday, December 10, 2025 at 12:55 PM
**To:** Hillary Freeman <Hillary@freemanlawoffices.com>, Greg Little <glittle@wassermanlittle.com>, Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>, Catherine Merino Reisman <catherine@rgz.law>, Lori Rogich <Lori@rogichlawfirm.com>, Courtney McCandless <cmccandless@nvtrustlawyers.com>
**Subject:** Re: CW et. al. v. CCSD and NDE



Hillary,

I apologize, I've been traveling for a Supreme Court argument.  I am open to a stipulation regarding the deadline, however based off of a cursory review, I want to make some redline changes. I can get that to you by 3 PM today.



Jackie Nichols
Attorney
6385 South Rainbow Blvd. | Suite 400 | Las Vegas, NV 89118
D: 702.938.3815 | F: 702.938.3864
www.wwhgd.com | vCard

---

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Sent:** Wednesday, December 10, 2025 9:51:54 AM
**To:** Greg Little <glittle@wassermanlittle.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>; Nichols, Jackie V. <jnichols@wwhgd.com>
**Cc:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Catherine Merino Reisman <catherine@rgz.law>; Lori Rogich <Lori@rogichlawfirm.com>; Courtney McCandless <cmccandless@nvtrustlawyers.com>; Durazzo, Angelina M. <adurazzo@wwhgd.com>; Bonney, Audra R. <ABonney@wwhgd.com>
**Subject:** Re: CW et. al. v. CCSD and NDE

**This Message originated outside your organization.**

---

Kyle and Jackie,

Following up on my email from Monday.    Please respond as soon as possible as we would like to file this today. Thank you.

-
-

Hillary D. Freeman, Esq., Partner
(Pronouns: she/her/hers)
Freeman Law Offices, LLC
100 Canal Pointe Blvd., Suite 121
Princeton, New Jersey 08540
(609) 454-5609 (Ph)
(609) 228-6909 (Fax)
www.freemanlawoffices.com

This e-mail transmission and any accompanying documents contains information which may be confidential and privileged. The information contained in or accompanying this message is intended only for the use of the person to whom addressed. Any disclosure, copying, distribution, or taking of any action in reliance on or regarding this information is prohibited, unless specifically authorized by the sender. If you have received this message in error, please advise

the sender by reply e-mail and destroy this e-mail and any attached documents. Thank you.

---

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Date:** Monday, December 8, 2025 at 3:09 PM
**To:** Greg Little <glittle@wassermanlittle.com>, Kyle J. Hoyt <khoyt@ag.nv.gov>, Nichols, Jackie V. <jnichols@wwhgd.com>
**Cc:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>, Catherine Merino Reisman <catherine@rgz.law>, Lori Rogich <Lori@rogichlawfirm.com>, Courtney McCandless <cmccandless@nvtrustlawyers.com>, Durazzo, Angelina M. <adurazzo@wwhgd.com>, Bonney, Audra R. <ABonney@wwhgd.com>
**Subject:** Re: CW et. al. v. CCSD and NDE

Kyle and Jackie:

Attached for your review, please find a Proposed Stipulation to Extend the Joint Pre-Trial Order date. We would like to file this by Wednesday if possible, so if you could get back to us with your position on the attached before then, we would appreciate it.

Thank you.

\-
\-

Hillary D. Freeman, Esq., Partner
(Pronouns: she/her/hers)
Freeman Law Offices, LLC
100 Canal Pointe Blvd., Suite 121
Princeton, New Jersey 08540
(609) 454-5609 (Ph)
(609) 228-6909 (Fax)
www.freemanlawoffices.com

This e-mail transmission and any accompanying documents contains information which may be confidential and privileged. The information contained in or accompanying this message is intended only for the use of the person to whom addressed. Any disclosure, copying, distribution, or taking of any action in reliance on or regarding this information is prohibited, unless specifically authorized by the sender. If you have received this message in error, please advise the sender by reply e-mail and destroy this e-mail and any attached documents. Thank you.

---

**From:** Greg Little <glittle@wassermanlittle.com>
**Date:** Friday, December 5, 2025 at 5:35 PM
**To:** Kyle J. Hoyt <khoyt@ag.nv.gov>, Nichols, Jackie V. <jnichols@wwhgd.com>
**Cc:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>, Catherine Merino Reisman <catherine@rgz.law>, Lori Rogich <Lori@rogichlawfirm.com>, Courtney McCandless <cmccandless@nvtrustlawyers.com>, Durazzo, Angelina M. <adurazzo@wwhgd.com>, Bonney, Audra R. <ABonney@wwhgd.com>, Hillary Freeman <Hillary@freemanlawoffices.com>

**Subject:** Re: CW et. al. v. CCSD and NDE

We have not heard back from Jackie, so let's go ahead with Kyle's availability on Monday and do our LR 16-3 (b) meeting at 10:00 pst with the attached zoom link.

https://us06web.zoom.us/j/4112730406?pwd=aE4xV0Erczh2QlhRSGVrV2tqR3dZdz09

Gregory G. Little
Wasserman Little LLC
171 Madison Avenue | Suite 305
New York, New York 10016
917.664.4010
glittle@wassermanlittle.com

**From:** Greg Little <glittle@wassermanlittle.com>
**Sent:** Thursday, December 4, 2025 9:12:34 PM
**To:** Kyle J. Hoyt <khoyt@ag.nv.gov>; Nichols, Jackie V. <jnichols@wwhgd.com>
**Cc:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Catherine Merino Reisman <catherine@rgz.law>; Lori Rogich <Lori@rogichlawfirm.com>; Courtney McCandless <cmccandless@nvtrustlawyers.com>; Durazzo, Angelina M. <adurazzo@wwhgd.com>; Bonney, Audra R. <ABonney@wwhgd.com>; Hillary Freeman <Hillary@freemanlawoffices.com>
**Subject:** Re: CW et. al. v. CCSD and NDE

Thanks Kyle.

Jackie, what times would you be available Monday?

Gregory G. Little
Wasserman Little LLC
171 Madison Avenue | Suite 305
New York, New York 10016
917.664.4010
glittle@wassermanlittle.com

**From:** Kyle J. Hoyt <khoyt@ag.nv.gov>
**Sent:** Thursday, December 4, 2025 9:06:36 PM
**To:** Greg Little <glittle@wassermanlittle.com>; Nichols, Jackie V. <jnichols@wwhgd.com>
**Cc:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Catherine Merino Reisman <catherine@rgz.law>; Lori Rogich <Lori@rogichlawfirm.com>; Courtney McCandless <cmccandless@nvtrustlawyers.com>; Durazzo, Angelina M. <adurazzo@wwhgd.com>; Bonney, Audra R. <ABonney@wwhgd.com>; Hillary Freeman <Hillary@freemanlawoffices.com>
**Subject:** RE: CW et. al. v. CCSD and NDE

Hi Greg – I will not be available because I have a hearing that starts at 10:00 and I expect that to last until noon. I have open availability Monday and Tuesday.

Kyle Hoyt, Esq.
Sr. Deputy Attorney General, Complex Litigation
Office of the Nevada Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, NV 89119



*This electronic communication, including any attachment(s), may contain confidential information that is legally privileged. If you are not the intended recipient, any disclosure, distribution, or copying of the information contained herein is unauthorized and strictly prohibited. Should you receive this electronic communication in error, please notify the sender immediately, destroy all hard copies, and permanently delete all electronic copies from your computer(s).*

P BE GREEN. *Please don't print this email unless necessary.*

---

**From:** Greg Little <glittle@wassermanlittle.com>
**Sent:** Thursday, December 4, 2025 6:05 PM
**To:** Nichols, Jackie V. <jnichols@wwhgd.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Catherine Merino Reisman <catherine@rgz.law>; Lori Rogich <Lori@rogichlawfirm.com>; Courtney McCandless <cmccandless@nvtrustlawyers.com>; Durazzo, Angelina M. <adurazzo@wwhgd.com>; Bonney, Audra R. <ABonney@wwhgd.com>; Hillary Freeman <Hillary@freemanlawoffices.com>
**Subject:** Re: CW et. al. v. CCSD and NDE

> **WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jackie and Kyle,

I have not yet heard back from either of you regarding my earlier request for you to confirm you are available for a zoom call tomorrow at 11:00 pst to discuss our LR 16–3 (b) filing that is currently due on Dec. 15. We will continue to hold that time open on our schedule but we respectfully request you confirm your availability first thing in the morning.
Sincerely,
Greg

Gregory G. Little
Wasserman Little LLC
171 Madison Avenue | Suite 305
New York, New York 10016
917.664.4010
glittle@wassermanlittle.com

**From:** Greg Little <glittle@wassermanlittle.com>
**Sent:** Thursday, December 4, 2025 2:42:55 PM
**To:** Nichols, Jackie V. <jnichols@wwhgd.com>; khoyt@ag.nv.gov <khoyt@ag.nv.gov>
**Cc:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Catherine Merino Reisman <catherine@rgz.law>; Lori Rogich <Lori@rogichlawfirm.com>; Courtney McCandless <cmccandless@nvtrustlawyers.com>; Durazzo, Angelina M. <adurazzo@wwhgd.com>; Bonney, Audra R. <ABonney@wwhgd.com>; Hillary Freeman <Hillary@freemanlawoffices.com>
**Subject:** Re: CW et. al. v. CCSD and NDE

Jackie and Kyle,
As you know, under LR 16–3 (b) we must personally discuss settlement and prepare and file a proposed joint pre-trial order addressing a number of areas. Under our current scheduling order that joint pre-trial order is due on December 15. Obviously, we have a motion pending that could impact that timing. However, if we do not have a ruling by December 15, we will still have an obligation to comply with the existing deadlines. Therefore, we request a meeting tomorrow at 11:00 pst to discuss next steps in meeting our obligations under the local rules, assuming that we will need to file our joint pre-trial order by December 15. Please let us know today if that time works for you and if it does not,propose alternative dates.

Sincerely,
Greg

Gregory G. Little
Wasserman Little LLC
171 Madison Avenue | Suite 305
New York, New York 10016
917.664.4010
glittle@wassermanlittle.com

---

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

*Exhibit 5*

**Subject:**   RE: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time
**Date:**   Friday, December 19, 2025 at 1:41:24 PM Eastern Standard Time
**From:**   Kyle J. Hoyt
**To:**   Jeffrey I. Wasserman, Nichols, Jackie V.
**CC:**   Gomez, Vickie, Hillary Freeman, Greg Little, Lori Rogich, Courtney McCandless , Catherine Merino Reisman
**Category:**   Filed to Clio
**Attachments:** image002.jpg, image003.png

If I cannot be available during my vacation I will get someone who can participate.

Kyle Hoyt, Esq.
Sr. Deputy Attorney General, Complex Litigation
Office of the Nevada Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, NV 89119



*This electronic communication, including any attachment(s), may contain confidential information that is legally privileged. If you are not the intended recipient, any disclosure, distribution, or copying of the information contained herein is unauthorized and strictly prohibited. Should you receive this electronic communication in error, please notify the sender immediately, destroy all hard copies, and permanently delete all electronic copies from your computer(s).*

P BE GREEN. *Please don't print this email unless necessary.*

**From:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>
**Sent:** Friday, December 19, 2025 10:35 AM
**To:** Nichols, Jackie V. <jnichols@wwhgd.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Hillary Freeman <hillary@freemanlawoffices.com>; Greg Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless <Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman <catherine@rgz.law>
**Subject:** RE: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

**__WARNING__** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Kyle, are you free in that same window?   Jackie, we will be happy to review something you prepare.  Thanks.

**From:** Nichols, Jackie V. <jnichols@wwhgd.com>
**Sent:** Friday, December 19, 2025 1:34 PM
**To:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Hillary Freeman <hillary@freemanlawoffices.com>; Greg Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless <Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman <catherine@rgz.law>
**Subject:** Re: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

Maybe a refined proposed stipulation would also move the meet and confer more quickly.

As of now, I can do between 9:00 am and 12 pm PST.

**From:** Nichols, Jackie V. <jnichols@wwhgd.com>
**Sent:** Friday, December 19, 2025 10:29:18 AM
**To:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Hillary Freeman <hillary@freemanlawoffices.com>; Greg Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless <Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman <catherine@rgz.law>
**Subject:** Re: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

Jeff,

I am not available today or Monday but can make myself available Tuesday.

Based on the representations in your email, however, I don't believe that we are going to be able to reach an agreement.

**From:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>
**Sent:** Friday, December 19, 2025 10:27:25 AM
**To:** Nichols, Jackie V. <jnichols@wwhgd.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Hillary Freeman <hillary@freemanlawoffices.com>; Greg Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless <Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman <catherine@rgz.law>
**Subject:** RE: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

**This Message originated outside your organization.**

Kyle/Jackie: I am following up on my email below.

Jeffrey I. Wasserman
**W**asserman **L**ittle LLC
1200 Route 22 East | Suite 2000, # 2238 | Bridgewater, New Jersey 08807
171 Madison Avenue | Suite 305 | New York, New York 10016
**t**: (973) 486-4801 | jwasserman@wassermanlittle.com | wassermanlittle.com | **f**: (844) 486-4801

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.

**From:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>
**Sent:** Thursday, December 18, 2025 2:16 PM
**To:** Nichols, Jackie V. <jnichols@wwhgd.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Hillary Freeman <hillary@freemanlawoffices.com>; Greg Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless <Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman <catherine@rgz.law>
**Subject:** Re: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

Kyle/Jackie:

In light of the Court's order, we believe that we need to have a meet and confer conference to discuss (1) going back to the simplified version of the stipulation (a) extending the pretrial order date to a date certain, say February 1, 2026, which the Court has signaled can be adjourned again; and (b) reserving rights for Defendants to argue about the discovery/dispositive motion deadlines (or some version of that); or (2) Plaintiffs filing a motion to extend the pretrial order date, and Defendants' cross-moving regarding the discovery/dispositive motion deadlines for Defendants to show excusable neglect, as required by the Court.

We think those are the two ways forward based on the Court's order, but obviously if you see alternatives, we are open to discussing them. For an assortment of reasons, we are not likely to agree to a blanket stay of the case.

Please let us know when you are free today or tomorrow for a conference.

Jeffrey I. Wasserman
**W**asserman **L**ittle LLC
1200 Route 22 East | Suite 2000, # 2238 | Bridgewater, New Jersey 08807
171 Madison Avenue | Suite 305 | New York, New York 10016
**t**: (973) 486-4801 | jwasserman@wassermanlittle.com | wassermanlittle.com | **f**: (844) 486-4801

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.

---

**From:** Nichols, Jackie V. <jnichols@wwhgd.com>
**Sent:** Wednesday, December 17, 2025 6:45:20 PM
**To:** Hillary Freeman <hillary@freemanlawoffices.com>; Greg Little <glittle@wassermanlittle.com>; Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Catherine Merino Reisman <catherine@rgz.law>
**Cc:** Kyle J. Hoyt <khoyt@ag.nv.gov>; Gomez, Vickie <vgomez@wwhgd.com>
**Subject:** Fw: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

As I had asked in my previous emails, please provide dates certain for discovery and the dispositive motion deadlines so that we can come to an agreement in relation to the stipulation. Given the procedural posture, it is going to be my suggestion that the case is stayed but I am open to deadlines. Please let me know.



Jackie Nichols
Attorney
6385 South Rainbow Blvd. | Suite 400 | Las Vegas, NV 89118
D: 702.938.3815 | F: 702.938.3864
www.wwhgd.com  | vCard

---

**From:** cmecf@nvd.uscourts.gov <cmecf@nvd.uscourts.gov>
**Sent:** Wednesday, December 17, 2025 3:30:57 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov <cmecfhelpdesk@nvd.uscourts.gov>
**Subject:** Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

**This Message originated outside your organization.**

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to**

**receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 12/17/2025 at 3:30 PM PST and filed on 12/17/2025

**Case Name:**       C.W. et al v. Nevada Department of Education et al

**Case Number:**     2:24-cv-01800-GMN-DJA

**Filer:**

**Document Number:** 131(No document attached)

## Docket Text:

**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Daniel J. Albregts on 12/17/2025.**

Re: [125] Motion to Extend Time and [130] Second Stipulation for Extension of Time.

Clark County School District ("CCSD") moves for additional time to respond to Plaintiffs' motion at ECF No. [111]. (ECF No. [125]). The motion to extend time is unopposed, so the Court GRANTS it. *See* LR 7-2(d).

The parties also stipulate to extend the joint pretrial order deadline. (ECF No. [130]). The Court DENIES this stipulation for two reasons.

First, while the parties seek only to extend the joint pretrial order deadline, they include the discovery deadline and dispositive motions deadline, both of which deadlines have passed, on their proposed amended schedule. The parties do not show excusable neglect for reopening these deadlines. *See* LR 26-3.

Second, the parties seek to extend these deadlines to an unspecified future date contingent on the Court's decision on Plaintiff's motion at ECF No. [111]. However, contingent deadlines are very difficult for the Court to track and are not provided for by the Local Rules, so the Court declines to set them. *See* LR 26-1(b)(1)-(4) (explaining that the "plan must state the *calendar date* for the discovery cutoff, the deadline to amend pleadings or add parties, expert disclosure deadline, and dispositive motions deadline") (emphasis added). The parties must provide concrete deadlines which they may then seek to extend if necessary.

IT IS SO ORDERED.

**(no image attached)** (Copies have been distributed pursuant to the NEF - KL)

**2:24-cv-01800-GMN-DJA Notice has been electronically mailed to:**

Gregory G. Little    glittle@wassermanlittle.com

Lori Carolyn Rogich    lori@rogichlawfirm.com

Jacqueline Victoria Nichols    jnichols@wwhgd.com, abonney@wwhgd.com, acress@wwhgd.com, adurazzo@wwhgd.com, docketing-LV@wwhgd.com, psmithjr@wwhgd.com, tdelossantos@wwhgd.com, vgomez@wwhgd.com

Hillary D Freeman    hillary@freemanlawoffices.com

Catherine Merino Reisman    catherine@rgz.law, sarah@rgz.law, tina@rgz.law

Wonhee Elizabeth Do    edo@wwhgd.com, acampbell@wwhgd.com, acress@wwhgd.com, vgomez@wwhgd.com

Kyle Joseph Hoyt    khoyt@ag.nv.gov, jbeesley@ag.nv.gov, mpizzariello@ag.nv.gov, rcarreau@ag.nv.gov

Trisha Delos Santos    tdelossantos@wwhgd.com, abonney@wwhgd.com, acress@wwhgd.com, docketing-LV@wwhgd.com, kpierce@wwhgd.com, spastore@wwhgd.com, vgomez@wwhgd.com, wjones@wwhgd.com

Judith A. Gran    judith@rgz.law

Jeffrey I. Wasserman    jwasserman@wassermanlittle.com

Courtney McCandless    cmccandless@nvtrustlawyers.com

**2:24-cv-01800-GMN-DJA Notice has been delivered by other means to:**

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

*Exhibit 6*

**Subject:** RE: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time
**Date:** Tuesday, December 23, 2025 at 12:57:07 PM Eastern Standard Time
**From:** Jeffrey I. Wasserman
**To:** Hillary Freeman, Nichols, Jackie V., Kyle J. Hoyt
**CC:** Gomez, Vickie, Greg Little, Lori Rogich, Courtney McCandless , Catherine Merino Reisman
**Category:** Filed to Clio
**Attachments:** image001.png

Plaintiffs' counsel left the zoom after 15 minutes given the lack of appearance.

Jeffrey I. Wasserman
**W**asserman **L**ittle LLC
1200 Route 22 East | Suite 2000, # 2238 | Bridgewater, New Jersey  08807
171 Madison Avenue | Suite 305 | New York, New York 10016
**t**: (973) 486-4801 | jwasserman@wassermanlittle.com | wassermanlittle.com | **f**: (844) 486-4801

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.

---

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Sent:** Tuesday, December 23, 2025 12:37 PM
**To:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Nichols, Jackie V. <jnichols@wwhgd.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Greg Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless <Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman <catherine@rgz.law>
**Subject:** Re: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

Kyle and Jackie,

We scheduled the Meet & Confer for 9:30 PST in response to your email confirming your availability.  Are you still able to join?

-
-

Hillary D. Freeman, Esq., Partner
(Pronouns: she/her/hers)
Freeman Law Offices, LLC
100 Canal Pointe Blvd., Suite 121
Princeton, New Jersey 08540
(609) 454-5609 (Ph)

(609) 228-6909 (Fax)
www.freemanlawoffices.com

This e-mail transmission and any accompanying documents contains information which may be confidential and privileged. The information contained in or accompanying this message is intended only for the use of the person to whom addressed. Any disclosure, copying, distribution, or taking of any action in reliance on or regarding this information is prohibited, unless specifically authorized by the sender. If you have received this message in error, please advise the sender by reply e-mail and destroy this e-mail and any attached documents. Thank you.

---

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Date:** Monday, December 22, 2025 at 4:56 PM
**To:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>, Nichols, Jackie V. <jnichols@wwhgd.com>, Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>, Greg Little <glittle@wassermanlittle.com>, Lori Rogich <lori@rogichlawfirm.com>, Courtney McCandless <cmccandless@nvtrustlawyers.com>, Catherine Merino Reisman <catherine@rgz.law>
**Subject:** Re: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

Here is the link for tomorrow's Meet & Confer:

https://us06web.zoom.us/j/83855698348?pwd=ILTxzEChYNdpTjHGnl0sm5lwcDEuDt.1

-
-

Hillary D. Freeman, Esq., Partner
(Pronouns: she/her/hers)
Freeman Law Offices, LLC
100 Canal Pointe Blvd., Suite 121
Princeton, New Jersey 08540
(609) 454-5609 (Ph)
(609) 228-6909 (Fax)
www.freemanlawoffices.com

This e-mail transmission and any accompanying documents contains information which may be confidential and privileged. The information contained in or accompanying this message is intended only for the use of the person to whom addressed. Any disclosure, copying, distribution, or taking of any action in reliance on or regarding this information is prohibited, unless specifically authorized by the sender. If you have received this message in error, please advise the sender by reply e-mail and destroy this e-mail and any attached documents. Thank you.

---

**From:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>
**Date:** Monday, December 22, 2025 at 12:57 PM

**To:** Nichols, Jackie V. <jnichols@wwhgd.com>, Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>, Hillary Freeman
<Hillary@freemanlawoffices.com>, Greg Little <glittle@wassermanlittle.com>, Lori Rogich
<lori@rogichlawfirm.com>, Courtney McCandless
<cmccandless@nvtrustlawyers.com>, Catherine Merino Reisman <catherine@rgz.law>
**Subject:** RE: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of
Education et al Order on Motion to Extend/Shorten Time

OK, so let's do 930 your time, 1230 ours.  Thanks.

---

**From:** Nichols, Jackie V. <jnichols@wwhgd.com>
**Sent:** Monday, December 22, 2025 12:54 PM
**To:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Hillary Freeman <hillary@freemanlawoffices.com>; Greg
Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless
<Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman
<catherine@rgz.law>
**Subject:** Re: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al
Order on Motion to Extend/Shorten Time

The earlier the better for me. I still have that window open so whatever works on your end.

---

**From:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>
**Sent:** Monday, December 22, 2025 8:40:47 AM
**To:** Nichols, Jackie V. <jnichols@wwhgd.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Hillary Freeman <hillary@freemanlawoffices.com>; Greg
Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless
<Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman
<catherine@rgz.law>
**Subject:** RE: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al
Order on Motion to Extend/Shorten Time

**This Message originated outside your organization.**

Jackie – we'll make that window work.  What time, specifically, are you available.

---

**From:** Nichols, Jackie V. <jnichols@wwhgd.com>
**Sent:** Friday, December 19, 2025 1:34 PM
**To:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Hillary Freeman <hillary@freemanlawoffices.com>; Greg
Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless
<Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman
<catherine@rgz.law>
**Subject:** Re: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al
Order on Motion to Extend/Shorten Time

Maybe a refined proposed stipulation would also move the meet and confer more quickly.

As of now, I can do between 9:00 am and 12 pm PST.

---

**From:** Nichols, Jackie V. <jnichols@wwhgd.com>
**Sent:** Friday, December 19, 2025 10:29:18 AM
**To:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Hillary Freeman <hillary@freemanlawoffices.com>; Greg Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless <Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman <catherine@rgz.law>
**Subject:** Re: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

Jeff,

I am not available today or Monday but can make myself available Tuesday.

Based on the representations in your email, however, I don't believe that we are going to be able to reach an agreement.

---

**From:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>
**Sent:** Friday, December 19, 2025 10:27:25 AM
**To:** Nichols, Jackie V. <jnichols@wwhgd.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Hillary Freeman <hillary@freemanlawoffices.com>; Greg Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless <Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman <catherine@rgz.law>
**Subject:** RE: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

**This Message originated outside your organization.**

Kyle/Jackie: I am following up on my email below.

Jeffrey I. Wasserman
**W**asserman **L**ittle LLC
1200 Route 22 East | Suite 2000, # 2238 | Bridgewater, New Jersey  08807
171 Madison Avenue | Suite 305 | New York, New York 10016
**t**: (973) 486-4801 | jwasserman@wassermanlittle.com | wassermanlittle.com | **f**: (844) 486-4801

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.

**From:** Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>
**Sent:** Thursday, December 18, 2025 2:16 PM
**To:** Nichols, Jackie V. <jnichols@wwhgd.com>; Kyle J. Hoyt <khoyt@ag.nv.gov>
**Cc:** Gomez, Vickie <vgomez@wwhgd.com>; Hillary Freeman <hillary@freemanlawoffices.com>; Greg
Little <glittle@wassermanlittle.com>; Lori Rogich <lori@rogichlawfirm.com>; Courtney McCandless
<Cmccandless@nvtrustlawyers.com> <cmccandless@nvtrustlawyers.com>; Catherine Merino Reisman
<catherine@rgz.law>
**Subject:** Re: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al
Order on Motion to Extend/Shorten Time

Kyle/Jackie:

In light of the Court's order, we believe that we need to have a meet and confer conference to
discuss (1) going back to the simplified version of the stipulation (a) extending the pretrial order
date to a date certain, say February 1, 2026, which the Court has signaled can be adjourned
again; and (b) reserving rights for Defendants to argue about the discovery/dispositive motion
deadlines (or some version of that); or (2) Plaintiffs filing a motion to extend the pretrial order
date, and Defendants' cross-moving regarding the discovery/dispositive motion deadlines for
Defendants to show excusable neglect, as required by the Court.

We think those are the two ways forward based on the Court's order, but obviously if you see
alternatives, we are open to discussing them. For an assortment of reasons, we are not likely to
agree to a blanket stay of the case.

Please let us know when you are free today or tomorrow for a conference.

Jeffrey I. Wasserman
**W**asserman **L**ittle LLC
1200 Route 22 East **|** Suite 2000, # 2238 **|** Bridgewater, New Jersey  08807
171 Madison Avenue | Suite 305 | New York, New York 10016
**t:** (973) 486-4801 **|** jwasserman@wassermanlittle.com **|** wassermanlittle.com **| f:** (844) 486-
4801

The information in this message may be privileged, intended only for the use of the named recipient. If you
received this communication in error, please immediately notify us by return e-mail and delete the original
and any copies.

**From:** Nichols, Jackie V. <jnichols@wwhgd.com>
**Sent:** Wednesday, December 17, 2025 6:45:20 PM
**To:** Hillary Freeman <hillary@freemanlawoffices.com>; Greg Little <glittle@wassermanlittle.com>;
Jeffrey I. Wasserman <jwasserman@wassermanlittle.com>; Catherine Merino Reisman

<catherine@rgz.law>
**Cc:** Kyle J. Hoyt <khoyt@ag.nv.gov>; Gomez, Vickie <vgomez@wwhgd.com>
**Subject:** Fw: Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

As I had asked in my previous emails, please provide dates certain for discovery and the dispositive motion deadlines so that we can come to an agreement in relation to the stipulation. Given the procedural posture, it is going to be my suggestion that the case is stayed but I am open to deadlines. Please let me know.



Jackie Nichols
Attorney
6385 South Rainbow Blvd. | Suite 400 | Las Vegas, NV
89118
D: 702.938.3815 | F: 702.938.3864
www.wwhgd.com  | vCard

---

**From:** cmecf@nvd.uscourts.gov <cmecf@nvd.uscourts.gov>
**Sent:** Wednesday, December 17, 2025 3:30:57 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov <cmecfhelpdesk@nvd.uscourts.gov>
**Subject:** Activity in Case 2:24-cv-01800-GMN-DJA C.W. et al v. Nevada Department of Education et al Order on Motion to Extend/Shorten Time

## This Message originated outside your organization.

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

**District of Nevada**

**Notice of Electronic Filing**

The following transaction was entered on 12/17/2025 at 3:30 PM PST and filed on 12/17/2025

**Case Name:**        C.W. et al v. Nevada Department of Education et al
**Case Number:**    2:24-cv-01800-GMN-DJA
**Filer:**
**Document Number:** 131(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Daniel J. Albregts on 12/17/2025.**

Re: [125] Motion to Extend Time and [130] Second Stipulation for Extension of Time.

Clark County School District ("CCSD") moves for additional time to respond to Plaintiffs' motion at ECF No. [111]. (ECF No. [125]). The motion to extend time is unopposed, so the Court GRANTS it. *See* LR 7-2(d).

The parties also stipulate to extend the joint pretrial order deadline. (ECF No. [130]). The Court DENIES this stipulation for two reasons.

First, while the parties seek only to extend the joint pretrial order deadline, they include the discovery deadline and dispositive motions deadline, both of which deadlines have passed, on their proposed amended schedule. The parties do not show excusable neglect for reopening these deadlines. *See* LR 26-3.

Second, the parties seek to extend these deadlines to an unspecified future date contingent on the Court's decision on Plaintiff's motion at ECF No. [111]. However, contingent deadlines are very difficult for the Court to track and are not provided for by the Local Rules, so the Court declines to set them. *See* LR 26-1(b)(1)-(4) (explaining that the "plan must state the *calendar date* for the discovery cutoff, the deadline to amend pleadings or add parties, expert disclosure deadline, and dispositive motions deadline") (emphasis added). The parties must provide concrete deadlines which they may then seek to extend if necessary.

IT IS SO ORDERED.

**(no image attached)** (Copies have been distributed pursuant to the NEF - KL)

**2:24-cv-01800-GMN-DJA Notice has been electronically mailed to:**

Gregory G. Little    glittle@wassermanlittle.com

Lori Carolyn Rogich    lori@rogichlawfirm.com

Jacqueline Victoria Nichols    jnichols@wwhgd.com, abonney@wwhgd.com, acress@wwhgd.com, adurazzo@wwhgd.com, docketing-LV@wwhgd.com, psmithjr@wwhgd.com, tdelossantos@wwhgd.com, vgomez@wwhgd.com

Hillary D Freeman    hillary@freemanlawoffices.com

Catherine Merino Reisman    catherine@rgz.law, sarah@rgz.law, tina@rgz.law

Wonhee Elizabeth Do    edo@wwhgd.com, acampbell@wwhgd.com, acress@wwhgd.com, vgomez@wwhgd.com

Kyle Joseph Hoyt    khoyt@ag.nv.gov, jbeesley@ag.nv.gov, mpizzariello@ag.nv.gov, rcarreau@ag.nv.gov

Trisha Delos Santos    tdelossantos@wwhgd.com, abonney@wwhgd.com, acress@wwhgd.com, docketing-LV@wwhgd.com, kpierce@wwhgd.com, spastore@wwhgd.com, vgomez@wwhgd.com, wjones@wwhgd.com

Judith A. Gran    judith@rgz.law

Jeffrey I. Wasserman    jwasserman@wassermanlittle.com

Courtney McCandless    cmccandless@nvtrustlawyers.com

**2:24-cv-01800-GMN-DJA Notice has been delivered by other means to:**

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

**CERTIFICATE OF SERVICE**

I, Hillary D. Freeman, certify that I served all counsel of record with this Motion by causing it to be sent via the ECF system on the date indicated below.

Dated: January 8, 2026                      */s/ Hillary D. Freeman*

Hillary D. Freeman