Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
psmithjr@wwhgd.com
Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
jalberts@wwhgd.com
W. Elizabeth Do, Esq.
Nevada Bar No. 13861
edo@wwhgd.com
Brittany M. Llewellyn, Esq.
Nevada Bar No. 13527
bllewellyn@wwhgd.com
Trisha R. Delos Santos, Esq.
Nevada Bar No. 15902
tdelossantos@wwhgd.com
Kaden R. Goodenough, Esq.
Nevada Bar No. 17202
kgoodenough@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant,*
*Clark County School District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| L.W., by and through his Parent and Next Friend, C.W. and C.W., individually; | Case No.: 2:24-cv-01800-GMN-DJA |
| T.L., by and through his Parent and Next Friend, I.L., and I.L., individually; | |
| C.R., by and through his Parent and Next Friend, M.R., and M.R., individually; | **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| C.L., by and through his Parent and Next Friend, H.L., and H.L., individually; | |
| F.U. and G.U., by and through their Parent and Next Friend, A.W. and A.W., individually; | |
| H.P., by through her Parent and Next Friend, L.P. and L.P., individually; | |
| K.S. and M.S., by and through their Parent and Next Friend, A.S. and A.S., individually; | |
| L.B. and E.T., by and through ther Parent and Next Friend, A.B. and A.B., individually, | |

| | |
|---|---|
| 1 | Z.A., by through her Prent and Next Friend, A.A.and A.A., individually |
| 2 | |
| 3 | And on behalf of all others similarly situated, and |
| 4 | COUNCIL OF PARENT ATTORNEYS AND ADVOCATES |
| 5 | |
| 6 | Plaintiff, |
| 7 | vs. |
| 8 | NEVADA DEPARTMENT OF EDUCATION |
| 9 | JHONE M. EBERT, in her official capacity as Superintendent of Public Instruction of the Nevada Department of Education; and |
| 10 | |
| 11 | CLARK COUNTY SCHOOL DISTRICT, |
| 12 | Defendants. |

Pursuant to LR IA 11-6, Defendant, by and through their counsel of record, hereby submit this motion. Jacqueline V. Nichols no longer serves as counsel for Defendant in this matter. Thus, it is requested that Ms. Nichols be withdrawn from this matter and removed from the CM/ECF service list (jnichols@wwhgd.com) and any other service lists for this matter.

Defendants will continue to be represented by their counsel of record at the firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC.

Dated this 9th day of January, 2026.

/s/ Jeremy R. Alberts
Phillip N. Smith, Jr., Esq.
Jeremy R. Alberts, Esq.
Brittany M. Llewellyn, Esq.
W. Elizabeth Do, Esq.
Trisha R. Delos Santos, Esq.
Kaden R. Goodenough, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Clark County School District*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2026, a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** via e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Lori C. Rogich, Esq.
ROGICH LAW FIRM, PLLC
11920 Southern Highlands Parkway, Suite 301
Las Vegas, NV 89141
lori@rogichlawfirm.com

Hillary D. Freeman, Esq.
Freeman Law Offices, LLC
100 Canal Pointe Blvd. Suite 121
Princeton, NJ 08540
Hillary@freemanlawoffices.com
*Attorney for Plaintiff*

Aaron Ford, Esq.
Kyle J. Hoyt, Esq.
State of Nevada
Office of Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
khoyt@ag.nv.gov
*Attorneys for Nevada Department of Education, and Jhone M. Ebert, in her Official Capacity as Superintendent of Public Instruction of the Nevada Department of Education*

Judith A. Gran, Esq.
Catherine Merino Reisman, Esq.
Reisman Carola Gran & Zuba, LLP
19 Chestnut Street
Haddonfield, NJ 08033
judith@rgz.law
catherine@rgz.law

Jeffrey I. Wasserman, Esq,
Gregory G. Little, Esq.
Wasserman Little, LLC
1200 Route 22 East, Suite 200 # 2238
Bridgewater, NJ 08807
jwasserman@wassermanlittle.com
glittle@wassermanlittle.com
*Attorney for Plaintiff*

Courtney McCandless, Esq,
Simmons Freeman, LLC
2625 South Town Center Drive, # 150
Las Vegas, Nevada 89135
cmccandless@nvtrustlawyers.com
*Attorney for Plaintiff*

/s/ Victoria Gomez
An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

IT IS THEREFORE ORDERED that the motion to remove attorney (ECF No. 134) is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to remove Jacqueline V. Nichols, Esq. as counsel of record in this matter.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 12, 2026