

FILED _____     _____ RECEIVED
_____ ENTERED     _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 17 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

L.W. et al.

    Plaintiff(s),

  vs.

NEVADA DEPARTMENT OF
EDUCATION, et al.

    Defendant(s).

Case #2:24-cv-01800-GMN-DJA

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

**FILING FEE IS $250.00**

    _____David R. Mishook_____, Petitioner, respectfully represents to the Court:
      (name of petitioner)

1.  That Petitioner is an attorney at law and a member of the law firm of

_____Fagen, Friedman & Fulfrost LLP_____
           (firm name)

with offices at _____6300 Wilshire Blvd., Suite 1700_____,
           (street address)

____Los Angeles____, ____California____, __0048__,
  (city)      (state)    (zip code)

____323-330-6300____, ___dmishook@f3law.com___.
(area code + telephone number)  (Email address)

2.  That Petitioner has been retained personally or as a member of the law firm by

____Clark County School District____ to provide legal representation in connection with
   [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___December 3, 2010___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State | April 24, 2012 | 5026810 |
| Ninth Circuit Court of Appeals | June 6, 2014 | |
| US District Court - Northern District CA | February 14, 2013 | |
| US District Court - Eastern District CA | August 15, 2016 | |
| US District Court - Central District CA | June 26, 2017 | |
| US District Court - Southern District CA | March 12, 2024 | |
| Washington State | December 19, 2024 | 63171 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California, Washington, New York

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                )
COUNTY OF ____Marin____         )

David Mishook , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

**CALIFORNIA
JURAT
ATTACHED**

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Sami Randolph_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____5100 W. Sahara Ave._____,
(street address)

____Las Vegas____, ____Nevada____, __89146__,
(city)            (state)         (zip code)

__702-799-5373__, __randosn@nv.ccsd.net__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Marin

Subscribed and sworn to (or affirmed) before me

on this ___12___ day of ___02___ , 20 _26_,
              Date              Month          Year

by

(1) David Mishook

(and (2)_____ ),
                    Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

                Signature of Notary Public

**JUAN FLORES**
COMM. # 2506806
NOTARY PUBLIC-CALIFORNIA
MARIN COUNTY
My Comm. Expires DEC 14, 2028

Seal
Place Notary Seal Above

———————————————————— OPTIONAL ————————————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Verified Petition for Permission to practice

Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Sami Randolph _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jon Okazaki, CCSD General Counsel
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

NV#7876                          randosn@nv.ccsd.net
_____
Bar number                       Email address

APPROVED:

Dated: this ___25___ day of _____February_____, 2026.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 2/8/2026

**LICENSEE NAME:** David Reis Mishook

**LICENSEE BAR NUMBER:** 273555

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/3/2010

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of David Reis Mishook's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)



Appellate Division of the Supreme Court
of the State of New York
Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## David Reis Mishook

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 24, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on February 9, 2026.

Clerk of the Court

CertID-00273822



**Robert D. Mayberger**
**Clerk of the Court**

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

DAVID REIS MISHOOK

TO PRACTICE IN THE COURTS OF THIS STATE

)
)
)
)
)
)
)
)
)
)

BAR NO. 63171

**CERTIFICATE**

**OF**

**GOOD STANDING**

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**DAVID REIS MISHOOK**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on December 19, 2024, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 9th day of February, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court

Generated: Feb 17, 2026 11:44AM

Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Feb 17, 2026 11:44AM

CLERK, US DISTRICT COURT

Rcpt. No: 200018506          Trans. Date: Feb 17, 2026 11:44AM          Cashier ID: #RG (4937)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DNVX226AT000001 /001<br>CLERK, US DISTRICT COURT | 1 | 250.00 | 250.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #6883 | 02/17/2026 | | $250.00 |

Total Due Prior to Payment:      $250.00

Total Tendered:      $250.00

Total Cash Received:      $0.00

**Comments**: 2:24-cv-01800-GMN-DJA - PHV as to Attorney David R. Mishook

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         FEB 17 2026

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____          DEPUTY
```