AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____Nevada_____

| | |
|---|---|
| C.W. et al.<br><br>                    Plaintiff (s),<br>V.<br><br>NEVADA DEPARTMENT OF EDUCATION et al.<br><br>                    Defendant (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER:  2:24-cv-01800-GMN-DJ |

Notice is hereby given that, subject to approval by the court, __Clark County School District__ substitutes
                                                                                              (Party (s) Name)

__David R. Mishook__ , State Bar No. __pro hac vice__ as counsel of record in
          (Name of New Attorney)

place of __Weinberg Wheeler Hudgins Gunn & Dial (B. Llewelyn, K. Goodenough, J. Alberts, W. Do)__ .
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:          Fagen, Friedman & Fulfrost LLP

Address:            6300 Wilshire Blvd., Ste. 1700, Los Angeles, CA 90048

Telephone:          (323) 330-6300          Facsimile  (510) 550-8211

E-Mail (Optional):  dmishook@f3law.com

I consent to the above substitution.

Date: _____3/3/2026_____

_____
(Signature of Party (s))

I consent to being substituted.

Date: _____2/27/2026_____

Kaden Goodenough    Digitally signed by: Kaden Goodenough
                    DN: CN = Kaden Goodenough email = kgoodenough@wwhdg.com C = AD
                    Date: 2026.02.27 13:02:32 -08'00'

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____2/27/2026_____

David R. Mishook    Digitally signed by David R. Mishook
                    Date: 2026.02.27 09:12:28 -08'00'

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____3/4/2026_____

_____
UNITED STATES MAGISTRATE JUDGE

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**