Lori C. Rogich
Nevada State Bar No. 12272
ROGICH LAW FIRM, PLLC
6070 Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
702.279.2491
lori@rogichlawfirm.com

Courtney McCandless
Nevada State Bar No. 13722
SIMMONS FREEMAN LLC
3625 S. Town Center Drive, Suite 150
Law Vegas, Nevada 89135
702.846.4689
cmccandless@nvtrustlawyers.com

Hillary D. Freeman*
NJ ID No. 002362006
PA ID No. 200109
FREEMAN LAW OFFICES, LLC
100 Canal Pointe Blvd, Suite 121
Princeton, New Jersey 08540
609.454.5609
hillary@freemanlawoffices.com

Attorneys for Plaintiffs

Judith A. Gran*
PA ID No. 41034
Catherine Merino Reisman*
PA ID No. 57473
NJ ID No. 035792000
NY ID No. 5640172
REISMAN GRAN ZUBA LLP
923 Haddonfield Road, Suite 300
Cherry Hill, New Jersey 08002
856.354.0021
catherine@rgz.law
judith@rgz.law

Jeffrey I. Wasserman*
NJ ID No. 037051999
NY ID No. 3046448
Gregory G. Little*
NY ID No. 4288544
WASSERMAN LITTLE LLC
300 Witherspoon Street, Suite 201
Princeton, New Jersey 08542
973.486.4801
jwasserman@wassermanlittle.com
glittle@wassermanlittle.com

*Admitted pro hac vice

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| L.W., by and through his Parent and Next Friend, C.W. and C.W., individually, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA DEPARTMENT OF EDUCATION;<br><br>DR. VICTOR WAKEFIELD, in his official capacity as Superintendent of Public Instruction of the Nevada Department of Education; and<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendants. | Case No.: 2:24-cv-01800-GMN-DJA<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER (SECOND REQUEST)** |

1

Plaintiffs and Defendants hereby stipulate and request an order of this Court to extend the deadline to file their Joint Pre-Tral Order until August 14, 2026, as follows:

WHEREAS, the Joint Pre-Trial Order is currently due May 18, 2026.

WHEREAS, on May 12, 2026, the Parties met and conferred on a draft pretrial order and have diligently worked on a joint pretrial order.

WHEREAS, during the meet and confer, the Parties discussed Judge Navarro's standing orders regarding the setting of trial and Judge Navarro's requirement that litigants must engage in a settlement conference prior to trial setting.

WHEREAS, the Parties further discussed that the Parties have not engaged in ADR, and thereafter agreed to participate in mediation in June, 2026.

WHEREAS, in addition to the above, counsel for CCSD recently replaced prior counsel for CCSD, and continues to review the case file including deposition transcripts as well as approximately 50,000 pages of documents produced in this matter;

WHEREAS, the Parties wish to engage in mediation and counsel for CCSD requires time to adequately understand the issues and evidence to adequately assist in drafting a joint pretrial order;

The parties respectfully request that the deadline to file their Joint Pre-Trial Order be extended until August 14, 2026, to allow them to pursue mediation and, if unsuccessful, to provide a pretrial order to this Court.

This is the parties' second request for an extension and is not made for purposes of delay.

Dated this 15th day of May, 2026

FREEMAN LAW OFFICES, LLC

/s/ Hillary D. Freeman
Hillary D. Freeman*
NJ ID No. 002362006
PA ID No. 200109
100 Canal Pointe Blvd, Suite 121
Princeton, NJ 08540
609.454.5609
hillary@freemanlawoffices.com

*Admitted pro hac vice

FAGEN, FRIEDMAN & FULCROST LLP

/s/ David R. Mishook
David R. Mishook*
CA Bar No. 273555
6300 Wilshire Blvd., Suite 1700
Los Angeles, CA 90048
323.330.6300
dmishook@f3law.com

AARON D. FORD
Attorney General

By: /s/ Abigail L. Pace
      Abigail L. Pace
      Bar No. 15976
      Senior Deputy Attorney General
      State of Nevada
      Office of the Attorney General
      1 State of Nevada Way, Suite 100
      Las Vegas, NV 89119
      702.486.3450
      apace@ag.nv.gov

**ORDER**

**IT IS SO ORDERED**

Dated: _5/19/2026_

_____
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF SERVICE**

I, Hillary D. Freeman, certify that I served all counsel of record with this Stipulation and Order to Extend Deadline to File Joint Pre-Trial Order by causing it to be sent via the ECF system on the date indicated below.

Dated: May 15, 2026                    */s/ Hillary D. Freeman*
                                       Hillary D. Freeman