AARON D. FORD
Attorney General
Jessica E. Whelan (Bar No. 14781)
Chief Deputy Solicitor General - Litigation
Abigail L. Pace (Bar No. 15976)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
apace@ag.nv.gov

*Attorneys for Nevada Department of Education, And Jhone M. Ebert, in Her Official Capacity as Superintendent Of Public Instruction of the Nevada Department of Education*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

L.W., by and though his Parent and Next Friend, C.W. and C.W., individually,

T.L., by and through his Parent and Next Friend, I.L., and I.L., individually;

C.R., by and through his Parent and Next Friend, M.R., and M.R., individually;

C.L., by and through his Parent and Next Friend, H.L., and H.L., individually;

F.U. and G.U., by and through their Parent and Next Friend, A.W. and A.W., individually;

H.P., by and through her Parent and Next Friend, L.P. and L.P., individually;

K.S. and M.S., by and through their Parent and Next Friend, A.S. and A.S., individually;

L.B. and E.T., by and through their Parent and Next Friend, A.B. and A.B., individually;

Z.A., by and through her Parent and Next Friend, A.A. and A.A., individually,

Case No. 2:24-cv-1800-GMN-DJA

**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST**

And on Behalf of All Others Similarly Situated, and;

COUNCIL OF PARENT ATTORNEYS AND ADVOCATES,

Plaintiff(s),

vs.

NEVADA DEPARTMENT OF EDUCATION; JHONE M. EBERT, in Her Official Capacity as Superintendent of Public Instruction of the Nevada Department of Education; and

CLARK COUNTY SCHOOL DISTRICT,

Defendant(s).

**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST**

Pursuant to LR IA 11-6, Defendant, by and through their counsel of record, hereby submit this motion. Kyle J. Hoyt no longer serves as counsel for Defendant, Jhone M. Ebert, in her official capacity as Superintendent of Public Instruction of the Nevada Department Of Education, in this matter. Thus, it is requested that Mr. Hoyt be withdrawn from this matter and removed from the CM/ECF service list (kyle.hoyt@jacksonlewis.com) and any other service lists for this matter.

/ / /

/ / /

/ / /

Defendant will continue to be represented by their counsel of record by the Attorney General's Office and the counsel below.

Dated this 28th day of July, 2026.

AARON D. FORD
Attorney General

By: */s/ Jessica E. Whelan*
Jessica E. Whelan (Bar No. 14781)
Chief Deputy Solicitor General - Litigation
Abigail L. Pace (Bar No. 15976)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
apace@ag.nv.gov

*Attorneys for Nevada Department of Education, and Jhone M. Ebert, in Her Official Capacity as Superintendent Of Public Instruction of the Nevada Department of Education*

**IT IS SO ORDERED**.

DATED: 7/29/2026

______________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE