Lori C. Rogich
Nevada State Bar No. 12272
ROGICH LAW FIRM, PLLC
6070 Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
702.279.2491
lori@rogichlawfirm.com

Courtney McCandless
Nevada State Bar No. 13722
SIMMONS FREEMAN LLC
3625 S. Town Center Drive, Suite 150
Law Vegas, Nevada 89135
702.846.4689
cmccandless@nvtrustlawyers.com

Hillary D. Freeman*
NJ ID No. 002362006
PA ID No. 200109
FREEMAN LAW OFFICES, LLC
100 Canal Pointe Blvd, Suite 121
Princeton, New Jersey 08540
609.454.5609
hillary@freemanlawoffices.com

Attorneys for Plaintiffs

Judith A. Gran*
PA ID No. 41034
Catherine Merino Reisman*
PA ID No. 57473
NJ ID No. 035792000
NY ID No. 5640172
REISMAN GRAN ZUBA LLP
923 Haddonfield Road, Suite 300
Cherry Hill, New Jersey 08002
856.354.0021
catherine@rgz.law
judith@rgz.law

Jeffrey I. Wasserman*
NJ ID No. 037051999
NY ID No. 3046448
Gregory G. Little*
NY ID No. 4288544
WASSERMAN LITTLE LLC
300 Witherspoon Street, Suite 201
Princeton, New Jersey 08542
973.486.4801
jwasserman@wassermanlittle.com
glittle@wassermanlittle.com

**Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

L.W., by and through his Parent and Next Friend, C.W. and C.W., individually, *et al.,*

Plaintiffs,

v.

NEVADA DEPARTMENT OF EDUCATION;

DR. VICTOR WAKEFIELD, in his official capacity as Superintendent of Public Instruction of the Nevada Department of Education; and

CLARK COUNTY SCHOOL DISTRICT,

Defendants.

Case No.: 2:24-cv-01800-GMN-DJA

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER (THIRD REQUEST)**

Plaintiffs and Defendants hereby stipulate and request an order of this Court to extend the deadline to file their Joint Pre-Trial Order until October 16, 2026, as follows:

WHEREAS, the Joint Pre-Trial Order is currently due August 14, 2026.

WHEREAS, on May 12, 2026, the Parties met and conferred on a draft pretrial order and have diligently worked on a joint pretrial order.

WHEREAS, during the meet and confer, the Parties discussed Judge Navarro's standing orders regarding the setting of trial and Judge Navarro's requirement that litigants must engage in a settlement conference prior to trial setting.

WHEREAS, in addition to the above, counsel for CCSD replaced prior counsel for CCSD, and continues to review the case file including deposition transcripts as well as approximately 50,000 pages of documents produced in this matter;

WHEREAS, the Parties wish to engage in mediation and counsel for CCSD required time to adequately understand the issues and evidence to adequately assist in drafting a joint pretrial order;

WHEREAS, the Parties have agreed to participate in mediation, which is currently scheduled for August 27, 2026, and a second mediation date, if needed, still remains to be scheduled.

The parties respectfully request that the deadline to file their Joint Pre-Trial Order be extended until October 16, 2026, to allow them to pursue mediation and, if unsuccessful, to provide a pretrial order to this Court.

This is the parties' third request for an extension and is not made for purposes of delay.

Dated this 13th day of August, 2026

FREEMAN LAW OFFICES, LLC

*/s/ Hillary D. Freeman*
Hillary D. Freeman*
NJ ID No. 002362006
PA ID No. 200109
100 Canal Pointe Blvd, Suite 121
Princeton, NJ 08540
609.454.5609
hillary@freemanlawoffices.com

*Admitted *pro hac vice*

FAGEN, FRIEDMAN & FULCROST LLP

*/s/ David R. Mishook*
David R. Mishook*
CA Bar No. 273555
6300 Wilshire Blvd., Suite 1700
Los Angeles, CA 90048
323.330.6300
dmishook@f3law.com

AARON D. FORD
Attorney General

By: */s/ Abigail L. Pace*
Abigail L. Pace
Bar No. 15976
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
702.486.3450
apace@ag.nv.gov

**ORDER**

**IT IS SO ORDERED**

Dated: 8/17/2026

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Hillary D. Freeman, certify that I served all counsel of record with this Stipulation and Order to Extend Deadline to File Joint Pre-Trial Order by causing it to be sent via the ECF system on the date indicated below.

Dated: August 13, 2026

*/s/ Hillary D. Freeman*
Hillary D. Freeman