David R. Mishook*
CA SBN 273555
NY SBN 5026810
WA SBN 63171
dmishook@f3law.com
Shiva E. Stein*
CA SBN 215012
sstein@f3law.com
Katherine Yoshida*
CA SBN 351546
kyoshida@f3law.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Telephone: 323.330.6300
Facsimile: 323.330.6311

* *Admitted pro hac vice*

Attorneys for CLARK COUNTY SCHOOL DISTRICT

**Fagen Friedman & Fulfrost, LLP**
70 Washington Street, Suite 205
Oakland, California 94607
Main 510.550.8200 • Fax 510.550.8211

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| L.W., by and through his Parent and Next Friend, C.W. and C.W., individually, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA DEPARTMENT OF EDUCATION;<br><br>DR. VICTOR WAKEFIELD, in his official capacity as Superintendent of Public Instruction of the Nevada Department of Education; and<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendants. | Case No.: 2:24-cv-01800-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER**<br>**(FOURTH REQUEST)** |

Plaintiffs and Defendants hereby stipulate and request an order of this Court to extend the deadline to file their Joint Pre-Trial Order until November 20, 2026, as follows:

WHEREAS, the Joint Pre-Trial Order ("JPTO") is currently due October 16, 2026;

WHEREAS, on October 8, 2026, Plaintiffs sent Defendants a draft JPTO for Defendants' review and edits;

WHEREAS, Plaintiffs' proposed exhibit list includes 799 separate exhibits;

WHEREAS, Defendants require time to review Plaintiffs' proposed exhibits, note objections to those exhibits, and propose exhibits and witnesses in defense of Plaintiffs' claims;

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main 510.550.8200 • Fax 510.550.8211

WHEREAS, after Defendants propose exhibits, Plaintiffs will require time to consider those exhibits and note objections to those exhibits;

WHEREAS, no trial is set in this matter; and

WHEREAS, the Parties have met and conferred on this request;

The Parties respectfully request that the deadline to file their Joint Pre-Trial Order be extended until November 20, 2026, to allow Defendants sufficient time to review Plaintiffs' proposed exhibits and propose exhibits and witnesses of their own and to allow the Parties thereafter to finalize their JPTO.

This is the Parties' fourth request for an extension and is not made for purposes of delay.

Dated this 21st day of October, 2026

FREEMAN LAW OFFICES, LLC

*/s/ Hillary D. Freeman*
Hillary D. Freeman*
NJ ID No. 002362006
PA ID No. 200109
100 Canal Pointe Blvd, Suite 121
Princeton, NJ 08540
609.454.5609
hillary@freemanlawoffices.com

*Admitted *pro hac vice*

FAGEN, FRIEDMAN & FULFROST LLP

*/s/ David R. Mishook*
David R. Mishook*
CA Bar No. 273555
6300 Wilshire Blvd., Suite 1700
Los Angeles, CA 90048
323.330.6300
dmishook@f3law.com

AARON D. FORD
Attorney General

*/s/ Abigail L. Pace*
Abigail L. Pace (Bar No. 15976)
Senior Deputy Attorney General
Raina B. Bhatt (Bar No. 17641C)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
702.486.3450
apace@ag.nv.gov
rbhatt@ag.nv.gov

**IT IS SO ORDERED**

Dated: October 22, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE